UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JUDSON HOLBROOK,

        Plaintiff,                Case No. 1:16-cv-829

v.                                     Honorable Paul L. Maloney

JAMES ROBERT REDFORD,

        Defendant.
_____/

## **JUDGMENT**

      In accordance with the Opinion filed this date:

      IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.


Dated:  October 27, 2016               /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge